# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Randy L. Helland,                          Civil No. 10-31 (RHK/RLE)

           Plaintiff,                        **ORDER**

vs.

St. Mary's Duluth Clinic Health System,

           Defendant.
_____

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and no objections having been filed thereto, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 6) is **ADOPTED**;

2. The Clerk of Court shall not issue a Summons, nor deliver process to the United States Marshal for service upon the Defendant, until so directed by further Order of the Court; and

3. Plaintiff's application for in forma pauperis status (Doc. No. 2) is **DENIED**.

Dated: February 5, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge